IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANCE S. ELLIOTT,

    Plaintiff,

v.

WALDEN HOUSE,

    Defendant.

No. C 11-80004 RS

**ORDER**

By order issued on February 14, 2006, Judge Marilyn Patel of this district required pre-filing review of all papers submitted by plaintiff involving any claims that were the subject of or related to claims in that action. The allegations in the instant action are incomprehensible such that the Court is unable to determine whether they are related to those previously asserted by plaintiff against John Marsh. Moreover, to the extent that the complaint is decipherable, it does not state a claim. Leave to proceed is denied.

**IT IS SO ORDERED.**

Dated: 1-11-11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

2  THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED
   TO:
3

4

5  **Vance S. Elliott**
   640 Eddy Street, #218
   San Francisco, CA 94109
6

7  DATED: 01/11/2011

8                                          /s/ Chambers Staff
                                           Chambers of Judge Richard Seeborg
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2